UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LISA MAXWELL,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROSENBAUER SOUTH DAKOTA, LLC,<br><br>            Defendant. | 4:20-CV-04081-KES<br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 38), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice, with the parties to bear their own costs, expenses, and attorney's fees.

Dated September 28, 2021.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE